Lynn Hubbard III, SBN 69773
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCCentral@HubsLaw.com

Attorney for Plaintiff

# JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>   Plaintiff,<br><br>   vs.<br><br>Jin Nam Kim; Sun Yong Kim,<br><br>   Defendants.<br>_____/ | Case No. 5:13-cv-01233-VAP-OP<br><br>[~~Proposed~~] **Order re: Joint Stipulation for Dismissal** |

   Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendants Jin Nam Kim and Sun Yong Kim,

   IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: April 25, 2014_____                    *[signature: Virginia A. Phillips]*
                                                                  _____
                                                                  United States District Judge